UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSEPH  CLINARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:15-cv-00806-TWP-DML |
| | ) | |
| VISIO FINANCIAL SERVICES INC. also | ) | |
| known as VISIO LIMITED; also known as | ) | |
| VISIO LENDING, | ) | |
| ECONOHOMES, | ) | |
| CRYSTAL  MCDADE, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY

On January 28, 2016, the Court ordered *pro se* Plaintiff, Joseph Clinard ("Mr. Clinard"), to file a supplemental jurisdictional statement, accurately alleging: the amount in controversy; Ms. McDade's citizenship; and Visio's principal place of business and state of incorporation.  (Filing No. 53.)  On February 16, 2016, Mr. Clinard filed a supplemental jurisdictional statement.  (Filing No. 55.)  On March 18, 2016, the Defendants filed a memorandum noting deficiencies in Mr. Clinard's supplemental jurisdictional statement.  (Filing No. 58.)  Thereafter, on March 18, 2016, Mr. Clinard filed a motion for leave to file an amended supplemental jurisdictional statement, which Mr. Clinard attached as an exhibit.  Having considered the motion, the Court **GRANTS** Mr. Clinard's request for leave and directs the Clerk to re-docket the amended supplemental jurisdictional statement as of today's date.  (Filing No. 59-1.)

The amended supplemental jurisdictional statement sufficiently alleges the citizenship of the parties, addressing two of the Court's three initial concerns. However, as the Defendants point out, Mr. Clinard has not alleged *any* facts to support his purported amount in controversy.   In this

1

regard, Ms. Clinard's burden is minimal.  All Mr. Clinard must allege is a "good faith estimate of the stakes" that is "plausible and supported by a preponderance of the evidence".  *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006); *see also Brill v. Countrywide Home Loans, Inc.*, 427 F. 3d 446, 447 (7th Cir. 2005).  Mr. Clinard's amended supplemental jurisdictional statement does not provide *any* facts in support of his purported amount in controversy.

As a result, Mr. Clinard is ORDERED to file another supplemental jurisdictional statement to sufficiently establish this Court's jurisdiction over this case.  The second supplemental jurisdictional statement must accurately allege the amount in controversy and provide a factual basis for the purported amount in controversy.   This jurisdictional statement is due **14 days** after the date of this order.

DATED:  3/22/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JOSEPH  CLINARD
793 Sable Creek Lane
Greenwood, IN 46142

Sarah E. Willms
MANLEY DEAS KOCHALSKI LLC
sew@mdk-llc.com

Stephanie Ann Reinhart
MANLEY DEAS KOCHALSKI LLC
sar@manleydeas.com